| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William Vanderslice | Social Security number or ITIN   xxx–xx–1868 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Carol Vanderslice | Social Security number or ITIN   xxx–xx–5658 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   14–14928–ABA | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Vanderslice                                 Carol Vanderslice

11/21/18                                             **By the court:** Andrew B. Altenburg Jr.
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-14928-ABA
William Vanderslice                                                       Chapter 13
Carol Vanderslice
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Nov 21, 2018
                              Form ID: 3180W           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db/jdb         +William Vanderslice,   Carol Vanderslice,   30 Delaware Avenue,   Pennsville, NJ 08070-1704
aty             Paul V. Buonaguro,   Division of Law,   RJ Hughes Justice Complex,   25 Market St,,
                 PO Box 106,   Trenton, NJ 08625-0106
cr             +Division of Taxation, State of New Jersey,   P.O. Box 245,   Trenton, NJ 08695-0245
514635363       Anesthesia Services PA,   PO Box 827909,   Philadelphia, PA 19182-7909
514635368       Capitol Credit Services,   c/o Advanced Collections Inc,   PO Box 6031,
                 Clifton, NJ 07015-6031
514635370       Christiana Care,   c/o Revenue Collect,   PO Box 2103,   Mechanicsburg, PA 17055-2103
514635369       Christiana Care,   PO Box 101928 Dept 2491,   Birmingham, AL 35210-6928
514635371       Christiana Care Health Services,   PO Box 438,   Malvern, PA 19355-0438
514635372       Christiana Care Physicians,   c/o BYL Collection Services LLC,   PO Box 569,
                 Malvern, PA 19355-0569
514635373       Columbia House,   c/o Torres Credit Services Inc,   PO Box 189,   Carlisle, PA 17013-0189
514635375      #Danbury Mint,   c/o Unviersal Fidelity LP,   Attn John Jackson,   PO Box 941911,
                 Houston, TX 77094-8911
514635377      +Glasgow Surgery Cntr,   c/o Byron & Davis CCCC Inc,   601 Philadelphia Pike,
                 Wilmington, DE 19809-2549
514875058      +MidFirst Bank,   Attn: Bankruptcy Dept.,   999 NW Grand Boulevard,
                 Oklahoma City, OK 73118-6051
514635379       MidFirst Bank,   c/o Zucker Goldberg & Ackerman LLC,   200 Sheffield Street  Ste 101,
                 PO Box 1024,   Mountainside, NJ 07092-0024
514873059      +MidFirst Bank,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514635380       MidFirst Bank,   c/o Midland Mortgage Division,   PO Box 26648,   Oklahoma City, OK 73126-0648
514635382       Omega Imaging Assoc,   1601 Milltown Road  Ste 13,   Wilmington, DE 19808-4084
514635383      +Panzer Dermatology & Cosmetic Surgery,   537 Stanton Christiana Road,   Newark, DE 19713-2148
514635384       Professional Account Services Inc,   PO Box 188,   Brentwood, TN 37024-0188
514862829      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,   Division of Taxation,   PO Box 245,
                 Trenton, NJ 08695-0245)
514635385       State of New Jersey,   Division of Taxation,   PO Box 445,   Trenton, NJ 08695-0445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2018 00:12:12      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2018 00:12:09      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514635362       E-mail/Text: mmrgbk@miramedrg.com Nov 22 2018 00:12:13      Anesthesia Services PA,
                 c/o M2 Revenue Group,   Dept 77313,   PO Box 77000,   Detroit, MI 48277-0313
514635364      +E-mail/Text: EBN_Greensburg@Receivemoremrmp.com Nov 22 2018 00:13:17      Berks CC,   PO Box 329,
                 Temple, PA 19560-0329
514635365      +EDI: CAPITALONE.COM Nov 22 2018 04:55:00      Cap One,   PO Box 30253,
                 Salt Lake City, UT 84130-0253
514635366       EDI: CAPITALONE.COM Nov 22 2018 04:55:00      Capital One,   P.O. Box 71083,
                 Charlotte, NC 28272-1083
514635367       EDI: CAPITALONE.COM Nov 22 2018 04:55:00      Capital One Bank,   PO Box 70884,
                 Charlotte, NC 28272-0884
514635378       EDI: IRS.COM Nov 22 2018 04:55:00      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
514635381      +E-mail/Text: mmrgbk@miramedrg.com Nov 22 2018 00:12:13      Miramedrg,   991 Oak Creek Drive,
                 Lombard, IL 60148-6408
514916540       EDI: PRA.COM Nov 22 2018 04:53:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
                 POB 41067,   Norfolk VA 23541
514635386       E-mail/Text: cs.bankruptcy@jmcbiz.com Nov 22 2018 00:13:05      Supermedia,
                 c/o Joseph, Mann & Creed,   PO Box 22253,   Beachwood, OH 44122-0253
                                                                                                TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514635374     ##+CRA Collections Inc,   PO Box 2103,   Mechanicsburg, PA 17055-2103
514635376     ##+Glasgow Surgery Center,   2600 Glasgow Ave  Ste 204,   Newark, DE 19702-5704
                                                                                    TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1                  User: admin                    Page 2 of 2                  Date Rcvd: Nov 21, 2018
                                      Form ID: 3180W                 Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
              Brian C. Nicholas     on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman     on behalf of Debtor William   Vanderslice jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman     on behalf of Joint Debtor Carol   Vanderslice jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa      ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins     on behalf of Debtor William   Vanderslice jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins     on behalf of Joint Debtor Carol   Vanderslice jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jennifer R. Gorchow     on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Joshua I. Goldman     on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie F. Ritigstein     on behalf of Debtor William   Vanderslice jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Stephanie F. Ritigstein     on behalf of Joint Debtor Carol   Vanderslice
               jenkins.clayman@verizon.net,  connor@jenkinsclayman.com
                                                                                              TOTAL: 13
```