| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**<br>**Jennifer R. Gorchow, Esquire**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002**<br>**(856) 663-5002** |
| In Re: WILLIAM VANDERSLICE<br>           CAROL VANDERSLICE<br><br><br>                                Debtor(s) |

Order Filed on December 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.   14-14928 (ABA)

Hearing Date: Dec 4, 2018 at 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

**ORDER FOR DETERMINATION OF FINAL CURE PAYMENT**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 4, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page ( 2)

Debtor:     WILLIAM AND CAROL VANDERSLICE
Case No:   14-14928 (ABA)

**ORDER FOR DETERMINATION OF FINAL CURE PAYMENT**

**THIS MATTER** having been opened to the Court by Jennifer R. Gorchow, Staff Attorney for Isabel C. Balboa, Esquire, the Chapter 13 Standing Trustee, on Motion for Determination of Final Cure Payment, and further certifying that the copies of the Motion and this Order were served upon the Debtor, Debtor's Attorney, MidFirst Bank, and counsel for Secured Creditor, and good cause appearing;

**IT IS ORDERED** that:

- ☒ Debtor has paid MidFirst Bank in accordance with the confirmed Chapter 13 Plan.

- ☐ Debtor has not paid MidFirst Bank in accordance with the confirmed Chapter 13 Plan.   The total pre-petition amount remaining unpaid as of the date of this Order is $_____

**IT IS FURTHERED ORDERED** that the Chapter 13 Standing Trustee shall serve this Order on all parties in interest.

United States Bankruptcy Court
District of New Jersey

In re:
William Vanderslice
Carol Vanderslice
    Debtors

Case No. 14-14928-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Dec 04, 2018
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
db/jdb      +William Vanderslice,   Carol Vanderslice,   30 Delaware Avenue,   Pennsville, NJ 08070-1704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                             Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
           Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
           Eric Clayman    on behalf of Debtor William  Vanderslice jenkins.clayman@verizon.net, connor@jenkinsclayman.com
           Eric Clayman    on behalf of Joint Debtor Carol  Vanderslice jenkins.clayman@verizon.net, connor@jenkinsclayman.com
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
           Jeffrey E. Jenkins    on behalf of Debtor William  Vanderslice jenkins.clayman@verizon.net, connor@jenkinsclayman.com
           Jeffrey E. Jenkins    on behalf of Joint Debtor Carol  Vanderslice jenkins.clayman@verizon.net, connor@jenkinsclayman.com
           Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
           Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
           Stephanie F. Ritigstein    on behalf of Joint Debtor Carol  Vanderslice jenkins.clayman@verizon.net, connor@jenkinsclayman.com
           Stephanie F. Ritigstein    on behalf of Debtor William  Vanderslice jenkins.clayman@verizon.net, connor@jenkinsclayman.com
                                                                                TOTAL: 13